**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail:  murban@theurbanlawfirm.com
                               nring@theurbanlawfirm.com
*Counsel for Plaintiffs Laborers Joint Trust Funds*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>BENCHMARK CONTRACTING, INC. d/b/a COBBLESTONE CONSTRUCTION, a Domestic Corporation,<br><br>Defendant. | CASE NO: 2:19-cv-00494-GMN-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT** |

NOTICE IS HEREBY GIVEN THAT Plaintiffs, THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby voluntarily dismiss, with prejudice, Defendant, BENCHMARK

CONTRACTING, INC. d/b/a COBBLESTONE CONSTRUCTION, a Domestic Corporation ("Cobblestone"), from this action.

      Cobblestone has neither served an answer nor a motion for summary judgment. Therefore, Plaintiff is entitled to dismiss Cobblestone without a court order under Federal Rule of Civil Procedure 41(a)(1)(A).

      With the dismissal of Cobblestone, no claims remain in this case and the entire case can be closed.

Dated: August 15, 2019                           **THE URBAN LAW FIRM**

                                                */s/ Nathan R. Ring*
                                                Michael A. Urban, Nevada Bar No. 3875
Nathan R. Ring, Nevada Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
T: (702) 968-8087
F: (702) 968-8088
E: murban@theurbanlawfirm.com
    smcdonald@theurbanlawfirm.com
***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 15th day of August, 2019, I filed a true and correct copy of the above and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT** with the Court's CM/ECF System, which will also send notice to all registered participants in the case.

*/s/ April D. Denni*
An Employee of The Urban Law Firm